# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| C.B., a Minor, b/n/f J.B. and D J.B., | § | |
| and J.B. and J.B., Parents of C.B., | § | |
| Individually | § | |
| | § | |
| V. | § | CASE NO. 4:11cv619 |
| | § | (Judge Schneider/Judge Mazzant) |
| ARGYLE INDEPENDENT SCHOOL | § | |
| DISTRICT and DENTON COUNTY | § | |
| SPECIAL EDUCATION COOPERATIVE | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On February 7, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Argyle Independent School District and Denton County Special Education Cooperative's Motion to Dismiss Under Rules 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure (Dkt. No. 4) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that  Defendants Argyle Independent School District and Denton County Special Education Cooperative's Motion to Dismiss Under Rules 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure (Dkt. No. 4) is GRANTED and this case is DISMISSED for lack

of subject matter jurisdiction.

**It is SO ORDERED.**

**SIGNED this 1st day of March, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE